■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTAY BECKWITH, Appellant. [715 NYS2d 897] —Appeal by the defendant from (1) a judgment of the County Court, Orange County (DeRosa, J.), rendered July 13, 1999, convicting him of criminal possession of a controlled substance in the second degree under Indictment No. 99-00134, and imposing sentence, and (2) an amended judgment of the same court, also rendered July 13, 1999, revoking a sentence of probation previously imposed by the same court under Superior Court Information No. 98-00366, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fifth degree.

Ordered that the judgment and the amended judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD CANNON, Appellant. [715 NYS2d 905] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered September 15, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. Friedmann, J. P., Goldstein, H. Miller and Schmidt, JJ., concur.